2.

THE LAW OFFICES OF
# Young Wooldridge, LLP
A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Westchester Corporate Plaza
1800 30th Street, Fourth Floor   Bakersfield, CA 93301-5298
Telephone 661-327-9661   Facsimile 661-327-1087
http://www.youngwooldridge.com

**D. Max Gardner, Esq. (CSB No. 132489)**
Attorneys for Debtors

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re:

Arthur B Fontaine,
          Debtor

Case No. 2014-14241

Chapter 11

DC No.: DMG- 1

### DECLARATION OF ARTHUR FONTAINE IN SUPPORT OF MOTION TO EMPLOY ATTORNEY FOR DEBTOR

I, Arthur Fontaine, declare as follows:

1. I am a resident of Kern County California, I make this declaration based upon my own personal knowledge and could competently testify to the matters contained herein.

2. I filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code on August 25, 2014.

3. I wish to employ the Law Offices of Young Wooldridge, LLP 1800 30th Street, Fourth Floor, Bakersfield, CA 93301-5298 as my attorney of record during the bankruptcy proceeding herein.

4. I have selected the Law Offices of Young Wooldridge, LLP, for the following reasons:

   a. D. Max Gardner is familiar with bankruptcy practice and debtor/creditor law; and

b.  I believe that D. Max Gardner is well-qualified to act as my attorney of record in this case.

5.  I am informed that D. Max Gardner's normal billing rate is $295.00 per hour for Mr. Gardner's time and $85.00 per hour for paralegal time, and that I will reimburse the Law Offices of Young Wooldridge for costs incurred by it including filing fees, photocopies, long distance telephone calls, postage and travel expenses

6.  I will reimburse the Law Offices of Young Wooldridge for the costs incurred by the office based on the actual costs advanced by the Law Offices of Young Wooldridge for photocopies and travel expenses. The Law Offices of Young Wooldridge's charge for photocopies in this case shall be $0.15 per page, while the office's travel expense will be $.35 per mile for travel outside the Bakersfield area.

7.  It is contemplated that compensation paid to the Law Offices of Young Wooldridge will be based on its normal and usual hourly billing rate plus reimbursement for costs incurred by the office as described herein and that any compensation paid to the Law Offices of Young Wooldridge will be made after application to the Court for approval of the payment of fees and expenses.

8.  I am a medical doctor who is the sole owner of a medical corporation named Arthur B. Fontaine MD, Inc. The medical corporation has paid a total retainer in the amount of $14,217 prior to the filing of the petition. $1717 was utilized to pay the filing fee. $1085 has been paid for pre-petition services.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 3, 2014, at Bakersfield, California.

*[signature]*
Arthur B. Fontaine