Official Form 26 (12/08)

# United States Bankruptcy Court
Eastern District of California

In re Arthur B. Fontaine

Case No. 14-14241

Debtor

Chapter 11

**PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST**

This is the report as of 10/15/14 on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of [Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| Arthur B. Fontaine, MD Inc. | Debtor: sole shareholder | 1 |
| Southpoint LLC | Debtor: 50% member | 2 |
| | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Official Form 26 (12/08) – Cont.                                                                                   2

Date: 10/14/14

_____
Signature of Authorized Individual

D. MAX GARDNER
_____
Name of Authorized Individual

ATTORNEY FOR DEBTOR
_____
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

_____
Signature of Debtor

_____
Signature of Joint Debtor

TAB 1

9:47 AM
10/15/14
Accrual Basis

# Arthur B. Fontaine, M.D., Inc.
## Balance Sheet
### As of December 31, 2013

|  | Dec 31, 13 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1035 · Bank of America Checking | 27,523.72 |
| 1038 · Wells Fargo Checking #1791 | 881.24 |
| 1037 · Wells Fargo Checking #9070 | -111.57 |
| 1039 · WFB Savings #8088 | 800.05 |
| **Total Checking/Savings** | 29,093.44 |
| **Other Current Assets** | |
| 1360 · N/R - Chenda Fontaine | 111,059.63 |
| 1350 · N/R - Shareholder | 808,539.20 |
| **Total Other Current Assets** | 919,598.83 |
| **Total Current Assets** | 948,692.27 |
| **Fixed Assets** | |
| 1500 · Autos & Trucks | 21,650.35 |
| 1501 · A/D - Autos & Trucks | -11,160.00 |
| 1520 · Furniture and Equipment | 80,666.06 |
| 1521 · A/D-Furn. & Equip. | -80,666.06 |
| 1530 · Office Equipment | 5,333.30 |
| 1531 · A/D - Office Equipment | -5,333.30 |
| **Total Fixed Assets** | 10,490.35 |
| **TOTAL ASSETS** | **959,182.62** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 2200 · Payroll Tax Liabilities | 12,584.48 |
| 2310 · N/P - Shareholder | 364,919.69 |
| **Total Other Current Liabilities** | 377,504.17 |
| **Total Current Liabilities** | 377,504.17 |
| **Long Term Liabilities** | |
| 2345 · N/P - Fiat | 19,510.72 |
| 2350 · Wells Fargo Loan (formerly LOC) | 229,666.74 |
| 2420 · N/P - Dr. Cheyney | 56,240.40 |
| **Total Long Term Liabilities** | 305,417.86 |
| **Total Liabilities** | 682,922.03 |

9:47 AM
10/15/14
Accrual Basis

# Arthur B. Fontaine, M.D., Inc.
## Balance Sheet
### As of December 31, 2013

|  | Dec 31, 13 |
|---|---|
| **Equity** |  |
| 3010 · Common Stock | 1,000.00 |
| 3100 · Retained Earnings | 382,192.45 |
| 3200 · Shareholder Distributions | -473,869.40 |
| Net Income | 366,937.54 |
| **Total Equity** | 276,260.59 |
| **TOTAL LIABILITIES & EQUITY** | 959,182.62 |

9:48 AM
10/15/14
Accrual Basis

# Arthur B. Fontaine, M.D., Inc.
## Profit & Loss
### January through December 2013

|  | Jan - Dec 13 |
|---|---:|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| 4000 · Revenue | 950,841.22 |
| 4100 · Refunds | -10.00 |
| **Total Income** | **950,831.22** |
| **Expense** |  |
| 6110 · Automobile Expense | 10,904.89 |
| 6120 · Bank Fees & Charges | 7,876.55 |
| 6142 · Co-op Rental | 8,625.00 |
| 6146 · Continuing Education | 2,826.89 |
| 6130 · Credit Card Fees | 1,242.15 |
| 6150 · Depreciation Expense | 14,272.35 |
| 6155 · Employee Benefits | 251.18 |
| 6160 · Dues & Subscriptions | 0.00 |
| 6180 · Insurance Expense | 3,982.33 |
| 6185 · Insurance - Malpractice | 19,962.00 |
| 6200 · Interest Expense | 34,884.83 |
| 5210 · Internet | 772.84 |
| 6250 · Laundry & Uniforms | 951.20 |
| 6220 · Legal & Accounting | 14,141.25 |
| 6230 · Licenses & Permits | 1,061.75 |
| 6360 · Meals and Entertainment | 8,365.03 |
| 6234 · Medical Billing | 102,199.26 |
| 6235 · Medical Supplies | 1,975.93 |
| 6300 · Office Expense | 1,561.67 |
| 6001 · Officers Salaries | 249,999.99 |
| 6295 · Outside Services | 926.00 |
| 6490 · Payroll Taxes | 18,400.32 |
| 6304 · Pension Administration | 6,325.00 |
| 6310 · Postage & Delivery | 240.48 |
| 6318 · Professional Services | 57,326.08 |
| 6320 · Promotion | 541.13 |
| 6340 · Telephone Expense | 4,866.18 |
| 6350 · Travel & Lodging | 2,912.85 |
| 6720 · Repairs and Maintenance | 454.17 |
| 6000 · Salaries | 83,596.02 |
| 6850 · Taxes - Other | 25.00 |
| 6840 · State Taxes | 9,952.00 |
| 6860 · Utilities | 2,471.41 |
| **Total Expense** | **673,893.73** |
| **Net Ordinary Income** | **276,937.49** |

9:48 AM
10/15/14
Accrual Basis

# Arthur B. Fontaine, M.D., Inc.
## Profit & Loss
### January through December 2013

|  | Jan - Dec 13 |
|---|---:|
| **Other Income/Expense** | |
| **Other Income** | |
| 7900 · Gain (Loss) on Sale of Asset | 90,000.00 |
| 7200 · Interest Income | 0.05 |
| **Total Other Income** | 90,000.05 |
| **Net Other Income** | 90,000.05 |
| **Net Income** | **366,937.54** |

ARTHUR B. FONTAINE, MD, INC.
STATEMENT OF REVENUES, EXPENSES,
AND RETAINED EARNINGS - INCOME TAX BASIS
FOR THE PERIODS ENDED:

|  | 30-Jun-14 | 31-Dec-13 |
|---|---:|---:|
| **Revenue** | $ 250,771 | $ 950,831 |
| **General and Administrative Expenses** | | |
| Auto Exp | 2,721 | 10,905 |
| Bank Charges | 1,957 | 7,877 |
| Co-op Rental | 10,374 | 8,625 |
| Continuing Education | - | 2,827 |
| Credit Card Fees | 138 | 1,242 |
| Depreciation | 1,384 | 14,272 |
| Dues and Subscriptions | - | 251 |
| Insurance | 7,343 | 23,944 |
| Interest | - | 34,885 |
| Internet | 160 | 773 |
| Laundry and Uniforms | 417 | 951 |
| Legal and Professional | 7,313 | 14,141 |
| Licenses | 81 | 1,062 |
| Meals and Entertainment | 4,237 | 8,365 |
| Medical Billing | 13,765 | 102,199 |
| Medical Supplies | - | 1,976 |
| Office Supplies | 870 | 1,562 |
| Officer's Salary | - | 250,000 |
| Outside Services | 244 | 926 |
| Payroll Taxes | 288 | 18,400 |
| Pension Administration | - | 6,325 |
| Postage | 5 | 240 |
| Professional Services | 675 | 57,326 |
| Promotion - Non-Meal | 40 | 541 |
| Telephone | 2,165 | 4,866 |
| Travel and Lodging | 1,785 | 2,913 |
| Repairs and Maintenance | 105 | 454 |
| Salaries | - | 83,596 |
| Taxes - Other | - | 25 |
| Utilities | 809 | 2,471 |
| Total General and Administrative Expenses | 56,876 | 663,940 |
| Income from Operations | 193,895 | 286,891 |
| **Other Income (Expense)** | | |
| Gain on Sale of Assets | - | 90,000 |
| Total Other Income (Expense) | - | 90,000 |
| **Income Before Taxes** | 193,895 | 376,891 |
| California Franchise Tax | 6,145 | 9,952 |
|  | 6,145 | 9,952 |
| **Net Income** | 187,750 | 366,939 |
| **Retained Earnings, Beginning** | 275,262 | 382,192 |
| **Shareholder Distributions** | (182,490) | (473,869) |
| **Retained Earnings, Ending** | $ 280,522 | $ 275,262 |

## ARTHUR B. FONTAINE, MD, INC.
## STATEMENT OF ASSETS, LIABILITIES,
## AND EQUITY - INCOME TAX BASIS
## FOR THE PERIODS ENDED:

**Assets**

|  | 30-Jun-14 | 31-Dec-13 |
|---|---:|---:|
| **Current Assets** | | |
| Cash and Cash Equivalents | $ 16,387 | $ 29,093 |
| N/R - Shareholder | 443,620 | 443,620 |
| N/R - Chenda Fontaine | 111,060 | 111,060 |
| Total Current Assets | 571,067 | 583,773 |
| **Property, Plant, and Equipment** | | |
| Furniture and Equipment | 80,666 | 80,666 |
| Mobile Equipment | 21,650 | 21,650 |
| Office Equipment | 7,849 | 5,333 |
| Total Property, Plant, and Equipment | 110,165 | 107,649 |
| Less: Accumulated Depreciation | (98,543) | (97,159) |
| Property, Plant, and Equipment, Net | 11,622 | 10,490 |
| **Total Assets** | $ 582,689 | $ 594,263 |

**Liabilities and Shareholders' Equity**

|  | 30-Jun-14 | 31-Dec-13 |
|---|---:|---:|
| **Current Liabilities** | | |
| Payroll Tax Liabilities | $ - | $ 12,583 |
| Total Current Liabilities | - | 12,583 |
| **Long-Term Liabilities** | | |
| Notes Payable | 301,167 | 305,418 |
| Total Long-Term Liabilities | 301,167 | 305,418 |
| Total Liabilities | 301,167 | 318,001 |
| **Shareholders' Equity** | | |
| Common Stock | 1,000 | 1,000 |
| Retained Earnings | 280,522 | 275,262 |
| Total Shareholders' Equity | 281,522 | 276,262 |
| **Total Liabilities and Shareholders' Equity** | $ 582,689 | $ 594,263 |

TAB 2

Official Form 26 (12/08) – Cont. 3

**Exhibit A**     Southpoint, LLC
**Valuation Estimate for [Name of Entity]**

[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information.]

Southpointe, LLC is a Nevada limited liability company whose members are Arthur and Chenda Fontaine. Each hold a 50% interest. No business is conducted. The sole asset is the personal residence located at 37 Southpoint Place, Glenbrook, NV. Estimated FMV of the residence is at least $2.5 million. Encumbrances of record are $2.395 million. Source: Debtor's Schedules and Statement of Affairs.

Official Form 26 (12/08) – Cont.                                                                 4

**Exhibit B**     Southpoint, LLC
**Financial Statements for [Insert Name of Entity]**

Not applicable

Official Form 26 (12/08) – Cont.                                                                                                  5

**Exhibit B-1**          Southpoint, LLC
**Balance Sheet for [Name of Entity]**
As of [date]

[Provide a balance sheet dated as of the end of the most recent six-month period of the current fiscal year and as of the end of the preceding fiscal year. Indicate the source of this information.]

    Not applicable

Official Form 26 (12/08) – Cont.                        6

**Exhibit B-2**      Southpoint, LLC
**Statement of Income (Loss) for [Name of Entity]**
Period ending [date]

[Provide a statement of income (loss) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

    Not applicable

Official Form 26 (12/08) – Cont.                                                                                              7

**Exhibit B-3**     Southpoint, LLC
**Statement of Cash Flows for [Name of Entity]**
For the period ending [date]


[Provide a statement of changes in cash flows for the following periods:

(i) For the initial report:
   a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
   b. the prior fiscal year.
(ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]


Not applicable

Official Form 26 (12/08) – Cont. 8

**Exhibit B-4** Southpoint, LLC
**Statement of Changes in Shareholders'/Partners' Equity (Deficit) for [Name of Entity]**
period ending [date]

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

    Not applicable

**Exhibit C** Southpoint, LLC
**Description of Operations for [name of entity]**

[Describe the nature and extent of the estate's interest in the entity.

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s). Indicate the source of this information.]

```
Not applicable
```