UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| In re: | ARTHUR B. FONTAINE | Case No.: | 14-14241-A-11K |
|---|---|---|---|
| | | **CHAPTER 11 MONTHLY OPERATING REPORT** | |
| MONTH ENDED: | 10/31/14 | *Indicate if Amended* | Petition Date: 8/25/14 |

## SUMMARY OF FINANCIAL STATUS

1. **Debtor in possesion (or trustee) hereby submits this Monthly Operating Report on the:**
   [X] CASH   [ ] ACCRUAL basis of accounting *(select one)*.

|  |  | Current Month |  | Cumulative Since Filing |
|---|---|---|---|---|
| 2. | **Cash Receipts & Disbursements** | | | |
| | a. Total Cash Receipts | B  22,826.38 | B | 42,926.38 |
| | b. Total Cash Disbursements | B  17,894.98 | B | 41,935.69 |
| | c. Receipts Over/(Under) Disbusements *(Line 2a - 2b)* | B  4,931.40 | B | 990.69 |
| | d. Cash Balance Beginning of Month and at Filing | A  3,559.29 | B/S | 7,500.00 |
| | e. Cash Balance End of Month *(Line 2c + 2d)* | A  8,490.69 | B/S | 8,490.69 |
|  |  | End of Current Month | | As of Filing Date |
| 3. | Accounts Receivable, Net | C  0.00 | B/S | 0.00 |
| 4. | Inventory | D  0.00 | B/S | 0.00 |
| 5. | **Post-Petition/Administrative Liabilities:** | | | |
| | a. Post-Petition Accounts Payable | E  0.00 | | N/A |
| | b. Post-Petition Professional Fees/Exp Payable | E  0.00 | | N/A |
| | c. Post-Petition Pmts Due to Sec. Creditors/Lessors | E  0.00 | | N/A |
| | d. U.S. Trustee Fees Due | E  0.00 | | N/A |
| | e. Post-Petition Taxes Payable | F  0.00 | | N/A |
| | f. Other Post-Petition Liabilities  B/S *(Lines 23, 24, 26 & 27)* | 0.00 | | N/A |
| | g. Unpaid Claims Under 11 U.S.C. § 503(b)(9)  B/S | 0.00 | B/S | N/A |

**During this reporting month:**

| | Yes | No | |
|---|---|---|---|
| 6. | X | | Were any payments made to secured creditors or lessors? *If yes, attach detailed listing.* |
| 7. | | X | Were any payments made on *pre-petition unsecured* debts? *If yes, attach detailed listing.* |
| 8. | | X | Were any payments made to professionals? *If yes, attach a detailed listing.* |
| 9. | | | If the answer to #7 and/or #8 is Yes, were all such payments approved by the court? |
| 10. | | X | Were any payments made to *or on behalf of* owners, officers or other insiders? *If yes, attach detailed listing.* |

**As of the end of this reporting month:**

| | Yes | No | |
|---|---|---|---|
| 11. | X | | Was the estate insured for liability, casualty and/or worker's comp. coverage? *If not, attach explanation.* |
| 12. | X | | Was the Debtor current in the filing of all tax and/or information returns? *If not, attach explanation.* |
| 13. | X | | Was the Debtor current in the payment of all *post-petition* taxes due? *If not, attach explanation.* |

I declare under penalty of perjury that I have reviewed this Monthly Report of Operations and, after making reasonable inquiry, believe that the information is true and correct.

| 11/14/14 | | *Arthur Fontaine* |
|---|---|---|
| Date | Name of Responsible Individual | Signature of Responsible Individual |

FOR MONTH ENDED:    10/31/14

## SUMMARY OF FINANCIAL STATUS CONT'D

### 14. LIST OF REQUIRED ATTACHMENTS TO THE MONTHLY OPERATING REPORT

*"X" confirms the following documents are completed and attached:*

| | | |
|---|---|---|
| a. | X | SCHEDULE A - Summary of Cash Accounts; *Indicate "N/A" if the debtor did not have any cash/bank accounts at anytime during the reporting period.* |
| b. | X | SCHEDULE B - Statement of Cash Receipts and Cash Disbursements |
| c. | N/A | SCHEDULE C - Accounts Receivable; *Indicate "N/A" if none.* |
| d. | N/A | SCHEDULE D - Inventory; *Indicate "N/A" if none.* |
| e. | N/A | SCHEDULE E - Post Petition Liabilities; *Indicate "N/A" if none.* |
| f. | N/A | SCHEDULE F - Post Petition Federal and State Taxes; *Indicate "N/A" if none.* |
| g. | N/A | PROFIT/(LOSS) STATEMENT (P/L); *Indicate "N/A" if the debtor received authorization to file Monthly Operating Reports using the "Cash" basis method of accounting.* |
| h. | X | BALANCE SHEET (B/S) |
| i. | X | DETAILED LISTINGS required for a "Yes" response to questions #6, 7, 8 and/or 10 on Page 1 *Indicate "N/A" if no detailed listings are required.* |
| j. | N/A | EXPLANATIONS required for a "No" response to questions #11, 12 and/or 13 on Page 1 *Indicate "N/A" if no explanations are required.* |
| k. | X | Detailed Transaction Register, Bank Statement and Bank Reconciliation *for each account listed on Schedule A;* Indicate "N/A" if the debtor did not have any cash/bank accounts during the reporting period. |

**If any the following Items are "N/A" (Not Applicable), they do not have to be provided with this Report:**
- SCHEDULE A
- SCHEDULES C and D *(both Schedules must be "N/A")*
- SCHEDULE E *(all sections of Schedule must be "N/A")*
- SCHEDULE F
- PROFIT/(LOSS) STATEMENT
- DETAILED LISTINGS for questions #6, 7, 8 AND 10.
- EXPLANATIONS for questions #11, 12 AND 13.
- DETAILED TRANSACTION REGISTERS, BANK STATEMENTS, BANK RECONCILIATIONS

FOR MONTH ENDED: 10/31/14

## SCHEDULE A
## RECAP OF CASH ACCOUNTS

_____ *Indicate if Debtor did not have any cash/bank accounts during the reporting period.*

| Name of Bank or Cash Account (Incl. pre-petition & DIP accounts) | Account Purpose (i.e. gen, p/r, cc) | Acct # (last 4 digits) | Beginning Balance | (+) Receipts | (+) Disbursements | (+/-) Transfers | Ending Balance | Register, Bank Stmt & Bank Rec. Provided "X" = yes |
|---|---|---|---|---|---|---|---|---|
| Bank of America | personal | 8132 | 3,559.29 | 22,826.38 | 17,894.98 | 0.00 | 8,490.69 | X |
| ~~Bank of America~~ | ~~rsonal porti~~ | ~~1438~~ | 0.00 | | | 0.00 | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | Total | 3,559.29 | 22,826.38 | 17,894.98 | 0.00 | 8,490.69 | |
| | | Amt Per Sch B | | 22,826.38 | 17,894.98 | Amt Per B/S | 8,490.69 | |
| | | Diff. (should be $0) | | 0.00 | 0.00 | Diff. (should be $0) | 0.00 | |

### Account Purpose Abbreviations

    gen  = general operating    *Amounts reported on Schedule A MUST be supported by detailed transaction (i.e. check) registers*
    p/r  = payroll
    tax  = tax
    cc   = cash collateral
    per  = personal
    bl   = blocked
    cash = cash on hand/petty cash

FOR MONTH ENDED:    10/31/14

## SCHEDULE B
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| # | | | Current Month | Cumulative Since Filing |
|---|---|---|---|---|
| 1 | **Cash Receipts:** | | | |
| 2 | Cash sales *(ordinary course cash and merchant credit card sales)* | | | |
| 3 | Social Security Income | | 1,648.00 | 3,296.00 |
| 4 | Accounts Receivable Collected | C | | |
| 5 | Interest Received | | | |
| 6 | Proceeds from Sale of Estate Asset(s) | | | |
| 7 | Borrowings *(from non-insiders)* | | | |
| 8 | Funds from Shareholders, Partners or Other Insiders | | | |
| 9 | Capital Contributions | | B/S | |
| 10 | Other Cash Receipts: | | | |
| 11 | Net Payroll from Arthur B Fontaine, Inc | | 19,852.00 | 38,304.00 |
| 12 | Draws and Distributions Paid to Owners *(detailed listing required)* | | | |
| 13 | Distribution From Corporation | | 1,326.38 | 1,326.38 |
| 14 | | | | |
| 15 | **Total Cash Receipts** | A | 22,826.38 | 42,926.38 |
| 16 | **Cash Disbursements:** | | | |
| 17 | Payments to Vendors for Merchandise | | | |
| 18 | Living Expenses | | 726.59 | 3,848.82 |
| 19 | Payments on Secured Debt *(detailed listing required)* | | 12,900.00 | 25,250.00 |
| 20 | Payments on Pre-Petition Unsecured Debt *(detailed listing required)* | | | |
| 21 | Rent/Lease Payments | | 1,200.00 | 2,400.00 |
| 22 | Net Amts Paid to Owner(s), Officers & Insiders *(detailed listing required)* | | | |
| 23 | Payroll (less employee withholding) | | | |
| 24 | Taxes Paid: | | | |
| 25 | Employee Withholding | | | |
| 26 | Employer Payroll Taxes | | | |
| 27 | Sales Taxes | | | |
| 28 | Real Property Taxes | | | |
| 29 | Other Taxes | | | |
| 30 | Payments to Professionals *(detailed listing required)* | E | | |
| 31 | Other Cash Disbursements: | | | |
| 32 | United States Trustee Fees | E | | |
| 33 | | | B/S | |
| 34 | Auto Exp | | 26.57 | 159.94 |
| 35 | Utilities | | 922.23 | 1,048.97 |
| 36 | Pet | | 493.00 | 1,006.00 |
| 37 | Insurance - Corporate Expense | | | 1,595.37 |
| 38 | Transfer to Corp - Corp Expenses | | 1,626.59 | 6,626.59 |
| 39 | Tahoe Expenses | | | |
| 40 | **Total Cash Disbursements** | A | 17,894.98 | 41,935.69 |
| 41 | **Net Increase/(Decrease) in Cash** | | 4,931.40 | 990.69 |

SCHEDULE B

## BALANCE SHEET (B/S)
### AS OF MONTH ENDED: 10/31/14

| | | | End of Current Month | As of Filing Date |
|---|---|---|---:|---:|
| 1 | **ASSETS** | | | |
| 2 | Cash and Cash Equivalents | A | 8,490.69 | 7,500.00 |
| 3 | Accounts Receivable (Net) | C | 0.00 | |
| 4 | Inventory | D | 0.00 | |
| 5 | Prepaid Rent | | 1,500.00 | 1,500.00 |
| 6 | Retainer(s) Held by Professionals | | 11,414.50 | 11,414.50 |
| 7 | Real Property      2,900,000.00 | | | |
| 8 | Personal Property      15,500.00 | | | |
| 9 | Less: Accumulated Depreciation/Depletion | | | |
| 10 | Commercial Property Net of Accumulated Depr/Depl | | 2,915,500.00 | 2,915,500.00 |
| 11 | Loans to Owners/Insiders/Affiliates | | | |
| 12 | Other:   ROTH IRA | | 40,000.00 | 40,000.00 |
| 13 |          Cost Share Agreement - Douglas | | 62,000.00 | 62,000.00 |
| 14 |          Bond - Tahoe Regional Planning | | 5,000.00 | 5,000.00 |
| 15 | | | | |
| 16 | **TOTAL ASSETS** Line 47 | | **3,043,905.19** | **3,042,914.50** |
| 17 | **LIABILITIES and EQUITY** | | | |
| 18 | **POST-PETITION LIABILITIES:** | | | |
| 19 | Accounts Payable | E | 0.00 | N/A |
| 20 | Arrearages on Secured Debt & Executory Contracts | E | 0.00 | N/A |
| 21 | Professional Fees/Exp Payable | E | 0.00 | N/A |
| 22 | Taxes Payable | F | 0.00 | N/A |
| 23 | Salaries and Wages Payable | | | N/A |
| 24 | Notes Payable | | | N/A |
| 25 | Other:   U.S. Trustee Fees Payable | E | 0.00 | N/A |
| 26 | | | | N/A |
| 27 | | | | N/A |
| 28 | **TOTAL POST-PETITION LIABILITIES** | | **0.00** | **N/A** |
| 29 | **PRE-PETITION LIABILITIES:** | | | |
| 30 | Secured Claims | | 2,686,336.00 | 2,686,336.00 |
| 31 | Priority Unsecured Claims: | | | |
| 32 | Tax Claims | | 435,819.00 | 435,819.00 |
| 33 | Wage Claims | | | |
| 34 | Other:   § 503(b)(9) Claims | | | |
| 35 | | | | |
| 36 | **Total Priority Unsecured Claims** | | **435,819.00** | **435,819.00** |
| 37 | General Unsecured Claims | | 158,066.00 | 158,066.00 |
| 38 | **TOTAL PRE-PETITION LIABILITIES** | | **3,280,221.00** | **3,280,221.00** |
| 39 | **TOTAL LIABILITIES** | | **3,280,221.00** | **3,280,221.00** |
| 40 | **EQUITY:** | | | |
| 41 | Equity/(Deficit) at Time of Filing | | (237,306.50) | (237,306.50) |
| 42 | Capital Stock | | | |
| 43 | Paid-in-Capital | | | |
| 44 | Post-Petition Contributions/(Distributions)/(Draws) from Schedule B | B | 0.00 | N/A |
| 45 | Post-Pet Profit/(Loss) or Change in Equity from Operations | | 990.69 | N/A |
| 46 | **TOTAL EQUITY/(DEFICIT)** | | **(236,315.81)** | **(237,306.50)** |
| 47 | **TOTAL LIABILITIES AND EQUITY** Line 16 | | **3,043,905.19** | **3,042,914.50** |

**REQUIRED DETAILED LISTINGS**
FOR MONTH ENDED:  10/31/14

**ITEM # 6 ON PAGE 1 (PAYMENTS TO SECURED CREDITORS OR LESSORS)**
*Cash Payments to Secured Creditors and Lessors as Reported on Schedule B, Lines 19 & 21.*

| Date | Check # | Bank Acct (last 4 digits) | Payee | Amount | Description |
|---|---|---|---|---|---|
| 10/30/2014 | 1004 | 8132 | Mutual of Omaha Bank | 12,900.00 | Interest Only |
| | | | | | |
| | | | | | |
| | | | TOTAL | 12,900.00 | |

**ITEM #7 ON PAGE 1 (PAYMENTS ON PRE-PETITION UNSECURED DEBTS)**
*Cash Payments for Pre-petition Unsecured Debts as Reported on Schedule B, Line 20.*

| Date | Check # | Bank Acct (last 4 digits) | Payee | Amount | Description |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL | 0.00 | |

**ITEM #8 ON PAGE 1 (PAYMENTS TO PROFESSIONALS)**
*Cash Payments to Professionals as Reported on Schedule B, Line 30.*

| Date | Check # | Bank Acct (last 4 digits) | Payee | Amount | Description |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL | 0.00 | |

**ITEM #10 ON PAGE 1 (PAYMENTS TO OWNERS, OFFICERS AND OTHER INSIDERS)**
*Net Payments to Owners and Other Insiders as Reported on Schedule B, Line 22.*

| Date | Check # | Bank Acct (last 4 digits) | Payee | Amount | Description |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL | 0.00 | |

*Draws and Distribtutions Paid to Owners as Reported on Schedule B, Line 33.*

| Date | Check # | Bank Acct (last 4 digits) | Payee | Amount | Description |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL | 0.00 | |

Case 14-14241    Filed 11/14/14    Doc 90

# Arthur Fontaine
# Reconciliation Detail
### Bank of America, Period Ending 10/31/2014

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 3,559.29 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 54 items** | | | | | | |
| Check | 10/01/2014 | 1002 | Bakersfield Bytes | X | -100.00 | -100.00 |
| Check | 10/03/2014 | 1003 | Karen | X | -1,200.00 | -1,300.00 |
| Check | 10/08/2014 | eft | PG&E | X | -680.81 | -1,980.81 |
| Check | 10/14/2014 | eft | Sierra Pacific | X | -87.77 | -2,068.58 |
| Check | 10/20/2014 | eft | UCSF | X | -1,325.00 | -3,393.58 |
| Check | 10/20/2014 | eft | Bakersfield Heart H... | X | -5.73 | -3,399.31 |
| Check | 10/20/2014 | eft | Bakersfield Heart H... | X | -4.28 | -3,403.59 |
| Check | 10/20/2014 | eft | Bakersfield Heart H... | X | -3.04 | -3,406.63 |
| Check | 10/20/2014 | eft | Bakersfield Heart H... | X | -3.04 | -3,409.67 |
| Check | 10/20/2014 | eft | Intuit | X | -0.92 | -3,410.59 |
| Check | 10/20/2014 | eft | Intuit | X | -0.46 | -3,411.05 |
| Check | 10/21/2014 | eft | Dish Network | X | -45.67 | -3,456.72 |
| Check | 10/21/2014 | eft | Starbucks | X | -9.10 | -3,465.82 |
| Check | 10/21/2014 | eft | Bakersfield Heart H... | X | -6.72 | -3,472.54 |
| Check | 10/22/2014 | eft | CalWater | X | -107.98 | -3,580.52 |
| Check | 10/22/2014 | eft | Lassens Health Food | X | -49.96 | -3,630.48 |
| Check | 10/22/2014 | eft | Starbucks | X | -9.10 | -3,639.58 |
| Check | 10/22/2014 | eft | Bakersfield Heart H... | X | -5.54 | -3,645.12 |
| Check | 10/22/2014 | eft | Bakersfield Heart H... | X | -5.54 | -3,650.66 |
| Check | 10/22/2014 | eft | Bakersfield Heart H... | X | -5.54 | -3,656.20 |
| Check | 10/23/2014 | eft | ATM | X | -202.75 | -3,858.95 |
| Check | 10/23/2014 | eft | Bank of America | X | -2.50 | -3,861.45 |
| Check | 10/27/2014 | 1004 | Mutual of Omaha | X | -12,900.00 | -16,761.45 |
| Check | 10/27/2014 | eft | Smart N Final | X | -35.12 | -16,796.57 |
| Check | 10/27/2014 | eft | Lassens Health Food | X | -16.47 | -16,813.04 |
| Check | 10/27/2014 | eft | Bakersfield Heart H... | X | -9.16 | -16,822.20 |
| Check | 10/27/2014 | eft | Bakersfield Heart H... | X | -7.99 | -16,830.19 |
| Check | 10/27/2014 | eft | Bakersfield Heart H... | X | -5.26 | -16,835.45 |
| Check | 10/27/2014 | eft | Bakersfield Heart H... | X | -4.80 | -16,840.25 |
| Check | 10/27/2014 | eft | Bakersfield Heart H... | X | -3.82 | -16,844.07 |
| Check | 10/27/2014 | eft | Bakersfield Heart H... | X | -3.47 | -16,847.54 |
| Check | 10/27/2014 | eft | Bakersfield Heart H... | X | -3.46 | -16,851.00 |
| Check | 10/27/2014 | eft | Bakersfield Heart H... | X | -2.63 | -16,853.63 |
| Check | 10/27/2014 | eft | Bakersfield Heart H... | X | -2.22 | -16,855.85 |
| Check | 10/28/2014 | eft | ATM | X | -102.75 | -16,958.60 |
| Check | 10/28/2014 | eft | Bakersfield Heart H... | X | -9.98 | -16,968.58 |
| Check | 10/28/2014 | eft | Bakersfield Heart H... | X | -5.98 | -16,974.56 |
| Check | 10/28/2014 | eft | Bakersfield Heart H... | X | -5.23 | -16,979.79 |
| Check | 10/28/2014 | eft | Bank of America | X | -2.50 | -16,982.29 |
| Check | 10/28/2014 | eft | Bakersfield Heart H... | X | -1.43 | -16,983.72 |
| Check | 10/29/2014 | eft | Todays Cleaners | X | -80.90 | -17,064.62 |
| Check | 10/29/2014 | eft | Shell | X | -26.57 | -17,091.19 |
| Check | 10/29/2014 | eft | Great Clips | X | -25.00 | -17,116.19 |
| Check | 10/29/2014 | eft | Bakersfield Heart H... | X | -2.72 | -17,118.91 |
| Check | 10/29/2014 | eft | Bakersfield Heart H... | X | -0.76 | -17,119.67 |
| Check | 10/30/2014 | eft | ATM | X | -42.75 | -17,162.42 |
| Check | 10/30/2014 | eft | Todays Cleaners | X | -30.00 | -17,192.42 |
| Check | 10/30/2014 | eft | Bakersfield Heart H... | X | -7.06 | -17,199.48 |
| Check | 10/30/2014 | eft | Bakersfield Heart H... | X | -3.92 | -17,203.40 |
| Check | 10/30/2014 | eft | Bank of America | X | -2.50 | -17,205.90 |
| Check | 10/30/2014 | eft | Bakersfield Heart H... | X | -1.34 | -17,207.24 |
| Check | 10/31/2014 | eft | Fur and Feathers Pet | X | -493.00 | -17,700.24 |
| Check | 10/31/2014 | eft | Springhill Suites | X | -189.31 | -17,889.55 |
| Check | 10/31/2014 | eft | Bakersfield Heart H... | X | -5.43 | -17,894.98 |
| **Total Checks and Payments** | | | | | **-17,894.98** | **-17,894.98** |

9:12 AM
11/14/14

# Arthur Fontaine
## Reconciliation Detail
Bank of America, Period Ending 10/31/2014

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Deposits and Credits - 6 items** | | | | | | |
| Deposit | 10/17/2014 | | | X | 1,325.00 | 1,325.00 |
| Deposit | 10/27/2014 | | | X | 0.46 | 1,325.46 |
| Deposit | 10/27/2014 | | | X | 0.92 | 1,326.38 |
| Deposit | 10/27/2014 | | | X | 4,500.00 | 5,826.38 |
| Deposit | 10/30/2014 | | | X | 12,500.00 | 18,326.38 |
| Deposit | 10/31/2014 | | | X | 4,500.00 | 22,826.38 |
| Total Deposits and Credits | | | | | 22,826.38 | 22,826.38 |
| Total Cleared Transactions | | | | | 4,931.40 | 4,931.40 |
| Cleared Balance | | | | | 4,931.40 | 8,490.69 |
| Register Balance as of 10/31/2014 | | | | | 4,931.40 | 8,490.69 |
| **Ending Balance** | | | | | **4,931.40** | **8,490.69** |

Art B Fontaine
B of A Core Checking - 8132

| Description | Summary Amt. |
|---|---|
| Beginning balance as of 10/01/2014 | 3,559.29 |
| Total credits | 22,826.38 |
| Total debits | (17,894.98) |
| Ending balance as of 10/31/2014 | 8,490.69 |

| Date | Description | Amount | Running Bal. |
|---|---|---|---|
| 10/1/2014 | Beginning balance as of 10/01/2014 | | 3,559.29 |
| 10/1/2014 | Check 1002 - See Attached | (100.00) | 3,459.29 |
| 10/6/2014 | Check 1003 - See Attached | (1,200.00) | 2,259.29 |
| 10/8/2014 | PGANDE DES:WEB ONLINE ID:21563463091814 INDN:ARTHUR B FONTAINE CO ID:5940742640 WEB | (680.81) | 1,578.48 |
| 10/14/2014 | SIERRA PACIFIC P DES:SPPC PYMT ID:01813181 611409 INDN:ARTHUR FONTAINE CO ID:3880044418 PPD | (87.77) | 1,490.71 |
| 10/17/2014 | Online Banking transfer from CHK 1438 Confirmation# 4052135293 | 1,325.00 | 2,815.71 |
| 10/20/2014 | CHECKCARD 1017 UCSF OCME 415-476-4254 CA 24391214290207950800288 | (1,325.00) | 1,490.71 |
| 10/20/2014 | CHECKCARD 1017 BAKERSFIELD HEART HOSP BAKERSFIELD CA 24071054292158123543732 | (5.73) | 1,484.98 |
| 10/20/2014 | CHECKCARD 1017 BAKERSFIELD HEART HOSP BAKERSFIELD CA 24071054292158123543856 | (3.04) | 1,481.94 |
| 10/20/2014 | CHECKCARD 1018 BAKERSFIELD HEART HOSP BAKERSFIELD CA 24071054292158161797232 | (4.28) | 1,477.66 |
| 10/20/2014 | CHECKCARD 1018 BAKERSFIELD HEART HOSP BAKERSFIELD CA 24071054292158161797265 | (3.04) | 1,474.62 |
| 10/20/2014 | INTUIT PAYROLL S DES:QUICKBOOKS ID:261415805 INDN:ARTHUR D. FONTAIN CO ID:1722616679 CCD | (0.92) | 1,473.70 |
| 10/20/2014 | INTUIT PAYROLL S DES:QUICKBOOKS ID:261415805 INDN:ARTHUR D. FONTAIN CO ID:1722616679 CCD | (0.46) | 1,473.24 |
| 10/21/2014 | CHECKCARD 1020 STARBUCKS #06918 BAKERS Bakersfield CA 24692164293000511796420 | (9.10) | 1,464.14 |
| 10/21/2014 | BAKERSFIELD HE 10/21 #000754618 PURCHASE BAKERSFIELD HEA BAKERSFIELD CA | (6.72) | 1,457.42 |
| 10/21/2014 | DISH NETWORK DES:DISH NTWRK ID:9388605393 SPA INDN:FONTAINE,BARBARA CO ID:C825590000 PPD | (45.67) | 1,411.75 |
| 10/22/2014 | CHECKCARD 1020 BAKERSFIELD HEART HOSP BAKERSFIELD CA 24071054294158120699154 | (5.54) | 1,406.21 |
| 10/22/2014 | CHECKCARD 1020 LASSENS HEALTH FOOD - BAKERSFIELD CA 24071054294158121410940 | (49.96) | 1,356.25 |
| 10/22/2014 | CHECKCARD 1021 STARBUCKS #06918 BAKERS Bakersfield CA 24692164294000967151640 | (9.10) | 1,347.15 |
| 10/22/2014 | BAKERSFIELD HE 10/22 #000554460 PURCHASE BAKERSFIELD HEA BAKERSFIELD CA | (5.54) | 1,341.61 |
| 10/22/2014 | BAKERSFIELD HE 10/22 #000895299 PURCHASE BAKERSFIELD HEA BAKERSFIELD CA | (5.54) | 1,336.07 |
| 10/22/2014 | CALWATER DES:WATERBILL ID:9564726 INDN:ARTHUR FONTAINE CO ID:0000089704 WEB | (107.98) | 1,228.09 |
| 10/23/2014 | P133985 10/23 #000160499 WITHDRWL 3001 SELECT AVE BAKERSFIELD CA | (202.75) | 1,025.34 |
| 10/23/2014 | P133985 10/23 #000160499 WITHDRWL 3001 SELECT AVE BAKERSFIELD CA FEE | (2.50) | 1,022.84 |
| 10/27/2014 | Online Banking transfer from CHK 1438 Confirmation# 0620763956 | 4,500.00 | 5,522.84 |
| 10/27/2014 | INTUIT PAYROLL S DES:QUICKBOOKS ID:261415805 INDN:ARTHUR D. FONTAIN CO ID:1722616679 CCD | 0.92 | 5,523.76 |
| 10/27/2014 | INTUIT PAYROLL S DES:QUICKBOOKS ID:261415805 INDN:ARTHUR D. FONTAIN CO ID:1722616679 CCD | 0.46 | 5,524.22 |
| 10/27/2014 | CHECKCARD 1023 BAKERSFIELD HEART HOSP BAKERSFIELD CA 24071054297158104448245 | (3.46) | 5,520.76 |
| 10/27/2014 | CHECKCARD 1023 BAKERSFIELD HEART HOSP BAKERSFIELD CA 24071054297158104448476 | (2.63) | 5,518.13 |
| 10/27/2014 | CHECKCARD 1024 BAKERSFIELD HEART HOSP BAKERSFIELD CA 24071054299158158322831 | (3.82) | 5,514.31 |
| 10/27/2014 | CHECKCARD 1024 BAKERSFIELD HEART HOSP BAKERSFIELD CA 24071054299158158322849 | (2.22) | 5,512.09 |
| 10/27/2014 | CHECKCARD 1024 BAKERSFIELD HEART HOSP BAKERSFIELD CA 24071054299158158322914 | (5.26) | 5,506.83 |
| 10/27/2014 | CHECKCARD 1024 LASSENS HEALTH FOOD - BAKERSFIELD CA 24071054299158159285094 | (16.47) | 5,490.36 |
| 10/27/2014 | CHECKCARD 1025 BAKERSFIELD HEART HOSP BAKERSFIELD CA 24071054299158195348526 | (4.80) | 5,485.56 |
| 10/27/2014 | CHECKCARD 1025 BAKERSFIELD HEART HOSP BAKERSFIELD CA 24071054299158195348559 | (3.47) | 5,482.09 |
| 10/27/2014 | SMARTNFINAL362 10/26 #000061713 PURCHASE SMARTNFINAL362 BAKERSFIELD CA | (35.12) | 5,446.97 |
| 10/27/2014 | BAKERSFIELD HE 10/27 #000939291 PURCHASE BAKERSFIELD HEA BAKERSFIELD CA | (9.16) | 5,437.81 |
| 10/27/2014 | BAKERSFIELD HE 10/27 #000424917 PURCHASE BAKERSFIELD HEA BAKERSFIELD CA | (7.99) | 5,429.82 |
| 10/28/2014 | CHECKCARD 1026 BAKERSFIELD HEART HOSP BAKERSFIELD CA 24071054300158122164134 | (5.23) | 5,424.59 |
| 10/28/2014 | CHECKCARD 1026 BAKERSFIELD HEART HOSP BAKERSFIELD CA 24071054300158122164159 | (5.98) | 5,418.61 |
| 10/28/2014 | CHECKCARD 1026 BAKERSFIELD HEART HOSP BAKERSFIELD CA 24071054300158122164209 | (1.43) | 5,417.18 |
| 10/28/2014 | BAKERSFIELD HE 10/28 #000208278 PURCHASE BAKERSFIELD HEA BAKERSFIELD CA | (9.98) | 5,407.20 |
| 10/28/2014 | P133985 10/28 #000032199 WITHDRWL 3001 SELECT AVE BAKERSFIELD CA | (102.75) | 5,304.45 |
| 10/28/2014 | P133985 10/28 #000032199 WITHDRWL 3001 SELECT AVE BAKERSFIELD CA FEE | (2.50) | 5,301.95 |
| 10/29/2014 | CHECKCARD 1027 TODAY CLEANERS #15 BAKERSFIELD CA 24323004301253300010579 | (80.90) | 5,221.05 |
| 10/29/2014 | CHECKCARD 1028 GREAT CLIPS #8704 BAKERSFIELD CA 24692164301000006964715 | (25.00) | 5,196.05 |
| 10/29/2014 | SHELL Service 10/28 #000180736 PURCHASE SHELL Service S MERCED CA | (26.57) | 5,169.48 |
| 10/29/2014 | BAKERSFIELD HE 10/29 #000188735 PURCHASE BAKERSFIELD HEA BAKERSFIELD CA | (2.72) | 5,166.76 |
| 10/29/2014 | BAKERSFIELD HE 10/29 #000191161 PURCHASE BAKERSFIELD HEA BAKERSFIELD CA | (0.76) | 5,166.00 |
| 10/30/2014 | Online Banking transfer from CHK 1438 Confirmation# 2963985357 | 12,500.00 | 17,666.00 |
| 10/30/2014 | CHECKCARD 1028 TODAY CLEANERS #15 BAKERSFIELD CA 24323004302253301010031 | (30.00) | 17,636.00 |
| 10/30/2014 | CHECKCARD 1028 BAKERSFIELD HEART HOSP BAKERSFIELD CA 24071054302158183104167 | (3.92) | 17,632.08 |
| 10/30/2014 | BAKERSFIELD HE 10/30 #000783058 PURCHASE BAKERSFIELD HEA BAKERSFIELD CA | (1.34) | 17,630.74 |
| 10/30/2014 | BAKERSFIELD HE 10/30 #000383929 PURCHASE BAKERSFIELD HEA BAKERSFIELD CA | (7.06) | 17,623.68 |
| 10/30/2014 | P133985 10/30 #000369686 WITHDRWL 3001 SELECT AVE BAKERSFIELD CA | (42.75) | 17,580.93 |
| 10/30/2014 | P133985 10/30 #000369686 WITHDRWL 3001 SELECT AVE BAKERSFIELD CA FEE | (2.50) | 17,578.43 |
| 10/31/2014 | ARTHUR D. FONTAI DES:QUICKBOOKS ID:325044648 INDN:FONTAINE, ARTHUR B CO ID:1722616653 PPD | 4,500.00 | 22,078.43 |
| 10/31/2014 | CHECKCARD 1029 SPRINGHILL SUITES MODES MODESTO CA 24610434303004057175282 | (189.31) | 21,889.12 |
| 10/31/2014 | CHECKCARD 1029 BAKERSFIELD HEART HOSP BAKERSFIELD CA 24071054303158113923669 | (5.43) | 21,883.69 |
| 10/31/2014 | CHECKCARD 1031 FUR AND FEATHERS PET BAKERSFIELD CA 24692164304000170856629 | (493.00) | 21,390.69 |
| 10/31/2014 | Check 1004 - See Attached | (12,900.00) | 8,490.69 |

**Bank of America**  **Online Banking**

## BofA Core Checking - 8132: Account Activity Transaction Details

|  |  |
|---:|:---|
| **Check number:** | 00000001002 |
| **Post date:** | 10/01/2014 |
| **Amount:** | -100.00 |
| **Type:** | Check |
| **Description:** | Check |

ART B FONTAINE
2014-14241
3101 PARK WAY
BAKERSFIELD CA 93304-1028

1002

9/29/14

PAY TO THE ORDER OF  Behrapuft Bytes    $ 100

One hundred                              DOLLARS

Bank of America
ACH R/T 121000358

Wealth Management Banking

⑆121000358⑆ 325044648132⑈ 1002

**Bank of America**　　　　　　　　　　　　　　　　　　　　　　　Online Banking

## BofA Core Checking - 8132: Account Activity Transaction Details

**Check number:** 00000001003

**Post date:** 10/06/2014

**Amount:** -1,200.00

**Type:** Check

**Description:** Check

```
ART B FONTAINE                                              1003
2014-14241
3101 PARK WAY                    10/5/14
BAKERSFIELD CA 93304-1028              DATE

PAY TO THE    Karin                     $ 1200
ORDER OF
         One thousand two hundred         DOLLARS

Bank of America                Wealth Management Banking

Get rent                       Art Fontaine

:121000358: 325044848132"1003
```

**Bank of America**                                                                 **Online Banking**

### BofA Core Checking - 8132: Account Activity Transaction Details

|              |              |
|---:|:---|
| **Check number:** | 00000001004 |
| **Post date:** | 10/31/2014 |
| **Amount:** | -12,900.00 |
| **Type:** | Check |
| **Description:** | Check |

```
ART B FONTAINE                                         1004
2014-14241
3101 PARKWAY                       10/27/14
BAKERSFIELD CA 93304-1028                DATE

PAY TO THE   Mutual of Omaha Bank      $ 12,900
ORDER OF
   Twelve Thousand, nine hundred              DOLLARS

Bank of America
ACH R/T 121000358    October payment            Wealth Management Banking
Acc# 730731220                         Art Fontaine

⑆121000358⑆  325044648132⑈ 1004
```

Case 14-14241    Filed 11/14/14    Doc 90

9:28 AM
11/14/14
Accrual Basis

# Arthur Fontaine
## Transactions by Account
### As of October 31, 2014

**Bank of America**

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 3,559.29 |
| Check | 10/01/2014 | 1002 | | Bakersfield Bytes | | X | Living Expenses | | 100.00 | 3,459.29 |
| Check | 10/03/2014 | 1003 | | Karen | | X | Rent Expense | | 1,200.00 | 2,259.29 |
| Check | 10/08/2014 | eft | | PG&E | | X | Utilities | | 680.81 | 1,578.48 |
| Check | 10/14/2014 | eft | | Sierra Pacific | | X | Tahoe Utilities | | 87.77 | 1,490.71 |
| Deposit | 10/17/2014 | | | | Deposit | X | Distributions fr... | | 1,325.00 | 2,815.71 |
| Check | 10/20/2014 | eft | | UCSF | | X | Transfer to Corp | 1,325.00 | | 1,490.71 |
| Check | 10/20/2014 | eft | | Bakersfield Heart Hospital | | X | Meals | | 5.73 | 1,484.98 |
| Check | 10/20/2014 | eft | | Bakersfield Heart Hospital | | X | Meals | | 3.04 | 1,481.94 |
| Check | 10/20/2014 | eft | | Bakersfield Heart Hospital | | X | Meals | | 4.28 | 1,477.66 |
| Check | 10/20/2014 | eft | | Bakersfield Heart Hospital | | X | Meals | | 3.04 | 1,474.62 |
| Check | 10/20/2014 | eft | | Intuit | | X | Transfer to Corp | | 0.92 | 1,473.70 |
| Check | 10/20/2014 | eft | | Intuit | | X | Transfer to Corp | | 0.46 | 1,473.24 |
| Check | 10/21/2014 | eft | | Starbucks | | X | Meals | | 9.10 | 1,464.14 |
| Check | 10/21/2014 | eft | | Bakersfield Heart Hospital | | X | Meals | | 6.72 | 1,457.42 |
| Check | 10/21/2014 | eft | | Dish Network | | X | Utilities | | 45.67 | 1,411.75 |
| Check | 10/22/2014 | eft | | Bakersfield Heart Hospital | | X | Meals | | 5.54 | 1,406.21 |
| Check | 10/22/2014 | eft | | Lassens Health Food | | X | Meals | | 49.96 | 1,356.25 |
| Check | 10/22/2014 | eft | | Starbucks | | X | Meals | | 9.10 | 1,347.15 |
| Check | 10/22/2014 | eft | | Bakersfield Heart Hospital | | X | Meals | | 5.54 | 1,341.61 |
| Check | 10/22/2014 | eft | | Bakersfield Heart Hospital | | X | Meals | | 5.54 | 1,336.07 |
| Check | 10/22/2014 | eft | | CalWater | | X | Utilities | | 107.98 | 1,228.09 |
| Check | 10/23/2014 | eft | | ATM | | X | -SPLIT- | | 202.75 | 1,025.34 |
| Check | 10/23/2014 | eft | | Bank of America | | X | Bank Service ... | | 2.50 | 1,022.84 |
| Check | 10/27/2014 | eft | | Bakersfield Heart Hospital | | X | Meals | | 3.46 | 1,019.38 |
| Check | 10/27/2014 | eft | | Bakersfield Heart Hospital | | X | Meals | | 2.63 | 1,016.75 |
| Check | 10/27/2014 | eft | | Bakersfield Heart Hospital | | X | Meals | | 3.82 | 1,012.93 |
| Check | 10/27/2014 | eft | | Bakersfield Heart Hospital | | X | Meals | | 2.22 | 1,010.71 |
| Check | 10/27/2014 | eft | | Bakersfield Heart Hospital | | X | Meals | | 5.26 | 1,005.45 |
| Check | 10/27/2014 | eft | | Lassens Health Food | | X | Meals | | 16.47 | 988.98 |
| Check | 10/27/2014 | eft | | Bakersfield Heart Hospital | | X | Meals | | 4.80 | 984.18 |
| Check | 10/27/2014 | eft | | Bakersfield Heart Hospital | | X | Meals | | 3.47 | 980.71 |
| Check | 10/27/2014 | eft | | Smart N Final | | X | Meals | | 35.12 | 945.59 |
| Check | 10/27/2014 | eft | | Bakersfield Heart Hospital | | X | Meals | | 9.16 | 936.43 |
| Check | 10/27/2014 | eft | | Bakersfield Heart Hospital | | X | Meals | | 7.99 | 928.44 |
| Deposit | 10/27/2014 | 1004 | | Mutual of Omaha | Deposit | X | Interest Expen... | 4,500.00 | 12,900.00 | -11,971.56 |
| Deposit | 10/27/2014 | | | | Deposit | X | Wages from C... | 0.92 | | -7,471.56 |
| Deposit | 10/27/2014 | | | | Deposit | X | Distributions fr... | 0.46 | | -7,470.64 |
| Deposit | 10/27/2014 | | | | | X | Distributions fr... | | | -7,470.18 |
| Check | 10/28/2014 | eft | | Bakersfield Heart Hospital | | X | Meals | | 5.23 | -7,475.41 |
| Check | 10/28/2014 | eft | | Bakersfield Heart Hospital | | X | Meals | | 5.98 | -7,481.39 |
| Check | 10/28/2014 | eft | | Bakersfield Heart Hospital | | X | Meals | | 1.43 | -7,482.82 |
| Check | 10/28/2014 | eft | | Bakersfield Heart Hospital | | X | Meals | | 9.98 | -7,492.80 |
| Check | 10/28/2014 | eft | | ATM | | X | -SPLIT- | | 102.75 | -7,595.55 |
| Check | 10/28/2014 | eft | | Bank of America | | X | Bank Service ... | | 2.50 | -7,598.05 |
| Check | 10/29/2014 | eft | | Todays Cleaners | | X | Transfer to Corp | | 80.90 | -7,678.95 |
| Check | 10/29/2014 | eft | | Great Clips | | X | Living Expenses | | 25.00 | -7,703.95 |
| Check | 10/29/2014 | eft | | Shell | | X | Automobile Ex... | | 26.57 | -7,730.52 |
| Check | 10/29/2014 | eft | | Bakersfield Heart Hospital | | X | Meals | | 2.72 | -7,733.24 |

Page 1

9:28 AM
11/14/14
Accrual Basis

# Arthur Fontaine
## Transactions by Account
### As of October 31, 2014

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Check | 10/29/2014 | eft | | Bakersfield Heart Hospital | | X | Meals | | 0.76 | -7,734.00 |
| Check | 10/30/2014 | eft | | Todays Cleaners | | X | Transfer to Corp | | 30.00 | -7,764.00 |
| Check | 10/30/2014 | eft | | Bakersfield Heart Hospital | | X | Meals | | 3.92 | -7,767.92 |
| Check | 10/30/2014 | eft | | Bakersfield Heart Hospital | | X | Meals | | 1.34 | -7,769.26 |
| Check | 10/30/2014 | eft | | Bakersfield Heart Hospital | | X | Meals | | 7.06 | -7,776.32 |
| Check | 10/30/2014 | eft | | ATM | | X | -SPLIT- | | 42.75 | -7,819.07 |
| Deposit | 10/30/2014 | | | | Deposit | X | -SPLIT- | 12,500.00 | | 4,680.93 |
| Check | 10/30/2014 | eft | | Bank of America | | X | Bank Service ... | | 2.50 | 4,678.43 |
| Check | 10/31/2014 | eft | | Springhill Suites | | X | Transfer to Corp | | 189.31 | 4,489.12 |
| Check | 10/31/2014 | eft | | Bakersfield Heart Hospital | | X | Meals | | 5.43 | 4,483.69 |
| Check | 10/31/2014 | eft | | Fur and Feathers Pet | | X | Pet Expense | | 493.00 | 3,990.69 |
| Deposit | 10/31/2014 | | | | Deposit | X | Wages from C... | 4,500.00 | | 8,490.69 |
| **Total Bank of America** | | | | | | | | **22,826.38** | **17,894.98** | **8,490.69** |
| **TOTAL** | | | | | | | | **22,826.38** | **17,894.98** | **8,490.69** |